EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: <br><br> Beatriz Cajigas Jovet <br> Aurea E. Rodríguez Hernández <br> Luissel M. Rivera Velázquez <br> Juan F. Pérez Colón <br> Sigilfredo Puente Castro | 2011 TSPR 6 <br><br> 180 DPR \_\_\_\_ |

Número del Caso: TS-7724
TS-9013
TS-14,195
TS-5941
TS-2561


Fecha: 12 de enero de 2011




Materia: Bajas voluntarias al ejercicio de la abogacía correspondientes al mes de diciembre.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

| | |
|---|---|
| Beatriz Cajigas Jovet | TS-7724 |
| Aurea E. Rodríguez Hernández | TS-9013 |
| Luissel M. Rivera Velázquez | TS-14,195 |
| Juan F. Pérez Colón | TS-5941 |
| Segilfredo Puente Castro | TS-2561 |

RESOLUCIÓN

San Juan, Puerto Rico, a 12 de enero de 2011.

Durante el mes de diciembre de 2010, este Tribunal autorizó la Baja Voluntaria del ejercicio de la abogacía de los siguientes abogados.

| | |
|---|---|
| Beatriz Cajigas Jovet | 7724 |
| Aurea E. Rodríguez Hernández | 9013 |
| Luissel M. Rivera Velázquez | 14,195 |
| Juan F. Pérez Colón | 5941 |
| Segilfredo Puente Castro | 2561 |

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo